7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Thomas Joseph Bell
*Debtor*

*Bankruptcy Case No.*
15−20063−drd7

**Chad William Stone**
   Plaintiff(s)

*Adversary Case No.*
15−02022−drd

v.

**Thomas Joseph Bell**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: and Decreed that the debt arising out of Defendant's willful and malicious injury of Plaintiff as alleged in Plaintiff's Complaint is non−dischargeable pursuant to 11 U.S.C. Section 523(a)(6).

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 4/13/16

Court to serve